UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21674-CIV-HOEVELER/Garber

EMILIO PINERO,

    Plaintiff,

v.

THE GRAHAM COMPANIES,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, EMILIO PINERO (hereinafter "Plaintiff"), by and through his undersigned counsel, and Defendant, THE GRAHAM COMPANIES (hereinafter, "Defendant"), by and through its undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Settlement Agreement between the parties. All parties shall bear their own attorneys fees, costs and expenses, other than those specified in said Settlement Agreement.

CASE NO. 09-21674-CIV-HOEVELER/Garber

Respectfully submitted,

| | |
|---|---|
| Dated this 16th day of February, 2010 | Dated this 16th day of February, 2010 |
| **THE LAW OFFICES OF**<br>**LAUREN N. WASSENBERG**<br>*Attorney for Plaintiff*<br>429 Lenox Avenue, Suite 4W23<br>Miami Beach, Florida 33139<br>Telephone: (305) 537-3723<br>Facsimile: (305) 537-3724 | **GREENBERG TRAURIG, P.A.**<br>*Attorneys for Defendant*<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717 |
| By:   /s/ Lauren N. Wassenberg<br>LAUREN N. WASSENBERG, ESQ.<br>Florida Bar No. 34083<br>Email:  WassenbergL@gmail.com | By:   /s/  Ronnie Fernandez<br>MARLENE K. SILVERMAN<br>Florida Bar No. 226947<br>ROBERT S. FINE<br>Florida Bar No. 155586<br>RONNIE FERNANDEZ<br>Florida Bar No. 336520 |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 16th day of February, 2010, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

          /s/   Ronnie Fernandez
RONNIE FERNANDEZ