UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21674-CIV-HOEVELER/Garber

EMILIO PINERO,

    Plaintiff,

v.

THE GRAHAM COMPANIES,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice ("Stipulation"), filed February 16, 2010 (D.E. 12).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41, this case is DISMISSED WITH PREJUDICE with each party to bear their own attorneys' fees and costs, except as provided for in the Settlement Agreement entered into by the parties.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida, this 23rd day of February, 2010.

                                                  */s/ William Hoeveler*
                                                WILLIAM M. HOEVELER
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record